JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUMEH MOHAJER, | Case No.: CV 14-3085 DSF (FFMx) |
| Plaintiff, | |
| v. | JUDGMENT |
| JP MORGAN CHASE, N.A., JP MORGAN CHASE, N.A., AS SUCCESSOR-IN-INTEREST TO CHASE HOME FINANCE, LLC, COLFIN AI CA 5 LLC, STRATEGIC PROPERTY MANAGEMENT, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| Defendants. | |
| _____ | |

The Court having granted defendants' motions to dismiss plaintiff's First Amendment Complaint,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: ___12/2/14___

_____
Dale S. Fischer
United States District Judge